UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE ANGEL CHINEA SANZ,

      Plaintiff,

    v.

SOUTH FLORIDA DETENTION
CENTER, ICE, DHS,

      Defendants.

Case No. 2:26-cv-838-KCD-DNF

/

## ORDER

Petitioner Jose Angel Chinea Sanz has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) Respondents oppose the petition. (Doc. 13.) For the reasons below, the petition is **DENIED**.

Sanz raises claims that can only be interpreted as a challenge to the conditions of his confinement. He states that he is a transexual person and has no knowledge of the process available to him. (Doc. 1 at 7.) He asks to be released so he can be a good resident and contribute to this country. (*Id.* at 8.) To the extent these are arguments for habeas relief, they are summarily rejected. Challenges to conditions of confinement are not appropriately raised in the habeas context. *See Vaz v. Skinner*, 634 F. App'x 778, 781 (11th Cir. 2015) ("Petitioner's § 2241 petition is not the appropriate vehicle for raising

an inadequate medical care claim, as such a claim challenges the conditions of confinement, not the fact or duration of that confinement.").

At bottom, it is simply unclear what legal basis Sanz believes warrants his release. "It is not the role of the Court to make arguments for the parties but to consider and decide the specific arguments made by the[m]." *Monroe Cnty. Employees' Ret. Sys. v. S. Co.*, 333 F. Supp. 3d 1315, 1322 (N.D. Ga. 2018).

**ORDERED** in Fort Myers, Florida on April 16, 2026.

Kyle C. Dudek
United States District Judge